UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
ROBYN BEST, :
:
:
Plaintiff, :
: 22-CV-8149 (VSB)
-against- :
: **ORDER**
:
NEW YORK HEALTH AND HOPSITALS :
CORP. and METROPOLITAN HOSPITAL :
CENTER, :
:
Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 30, 2023
New York, New York

_____
Vernon S. Broderick
United States District Judge